STATE OF NEW JERSEY v. FRANK L. PALMISANO.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT PATTERSON.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER TOWNS.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER CANNON.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN EDWARD MOON.

September 21, 1971. Petition for certification denied.

JAMES J. LEONE CONSTRUCTION CO. v. MAYOR AND COUNCIL OF BOROUGH OF EAST RUTHERFORD, *ET AL.*

September 21, 1971. Petition for certification denied.